LORBER, GREENFIELD & POLITO, LLP
Nelse T. Miller, Esq. [SBN 263595]
Codie C. Dukes, Esq. [SBN 234418]
13985 Stowe Drive
Poway, California 92064
TEL: (858) 513-1020 / FAX: (858) 513-1002
Nmiller@lorberlaw.com; Cdukes@lorberlaw.com

Attorneys for Defendant, Cross-Defendant, and Cross-Claimant Suffolk Construction Company, Inc.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CENTRAL CALIFORNIA

| | |
|---|---|
| MARK SANGSTER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SUFFOLK CONSTRUCTION COMPANY, INC., and DOES 1-60, Inclusive,<br><br>　　　　　Defendants.<br><br>AND RELATED CROSS-ACTIONS. | CASE NO: 2:17-CV-00240-SVW<br><br>**NOTICE OF SETTLEMENT AND JOINTLY STIPULATED APPLICATION FOR DETERMINATION OF GOOD FAITH SETTLEMENT**<br><br>[C.C.P. §877.6(a)(2)]<br><br><br>District Judge:　Hon. Stephen V. Wilson<br>Discovery Cutoff Date:　None Set<br>Pretrial Conference Date:　07/24/2017<br>Trial Date:　08/01/2017 |

**TO THIS HONORABLE COURT, TO EACH PARTY AND TO EACH PARTY'S ATTORNEY OF RECORD:**

**YOU ARE HEREBY NOTIFIED THAT** Plaintiff, MARK SANGSTER (hereinafter "Plainitff"), and defendants SUFFOLK CONSTRUCTION COMPANY, INC. (hereinafter "Suffolk") and CITY OF WEST HOLLYWOOD (hereinafter "City"), have entered into a settlement, and that the parties hereby stipulate and will jointly apply to this Court for a determination of the good faith of such settlement in accordance with

Code of Civil Procedure §877.6(a)(2). A copy of the Application and the Proposed Order are served and filed herewith.

Dated: 5-23-17

Respectfully Submitted,
LORBER, GREENFIELD & POLITO, LLP

*/s/ Codie C. Dukes*

Nelse T. Miller, Esq.
Codie C. Dukes, Esq.
Attorneys for Defendant, Cross-Defendant, and Cross-Complainant SUFFOLK CONSTRUCTION COMPANY, INC.