LORBER, GREENFIELD & POLITO, LLP
13985 Stowe Drive, Poway, California 92064
Telephone (858) 513-1020 / Facsimile (858) 513-1002

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CENTRAL CALIFORNIA

| | |
|---|---|
| MARK SANGSTER,<br><br>    Plaintiff,<br><br>v.<br><br>SUFFOLK CONSTRUCTION COMPANY, INC., and DOES 1-60, Inclusive,<br><br>    Defendants. | CASE NO: 2:17-CV-00240-SVW<br><br>[~~PROPOSED~~] ORDER GRANTING JOINTLY STIPULATED APPLICATION FOR DETERMINATION OF GOOD FAITH SETTLEMENT<br><br>[C.C.P. §877.6(a)(2)] |
| AND RELATED CROSS-ACTIONS. | District Judge: Hon. Stephen V. Wilson<br>Discovery Cutoff Date: None Set<br>Pretrial Conference Date: 07/24/2017<br>Trial Date: 08/01/2017 |

On May 24, 2017 Plaintiff, MARK SANGSTER, Defendant, SUFFOLK CONSTRUCTION COMPANY, INC. (hereinafter "Suffolk"), and Defendant, CITY OF WEST HOLLYWOOD (hereinafter "City"), jointly filed with this Court an Application for an Order for a Determination of Good Faith of the Settlement reached by and between Plaintiff, Suffolk, and the City, along with supporting memorandum of points and

1

[PROPOSED] ORDER GRANTING JOINTLY STIPULATED APPLICATION FOR DETERMINATION OF GOOD FAITH SETTLEMENT

authorities, and declaration of counsel. It being that there are no non-settling parties contesting the Jointly Stipulated Application,

**IT IS HEREBY ORDERED THAT:**

The Jointly Stipulated Application for Determination of Good Faith Settlement is granted; any further claims, present or future, against Suffolk, and/or the City by other tortfeasors for contribution, indemnity and/or comparative negligence are hereby barred; and the settlement is entered into in good faith between Plaintiff, Suffolk, and the City, within the meaning and effect of Code of Civil Procedure section 877.6.

**IT IS SO ORDERED.**

Dated: June 5, 2017

By: _____
Honorable Stephen V. Wilson
UNITED STATES DISTRICT JUDGE